**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rachael L. Williot D/B/A The Connelly House | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-10635 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Loan Services and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
24 Nov 2021, 14:23:34, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 0b76ddb520e12717b37afe05deb08ba3962b1ba8804b1517db8a71302eb87039