Certificate Number: 14424-PAW-DE-036226742

Bankruptcy Case Number: 21-10635



14424-PAW-DE-036226742

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2021</u>, at <u>11:58</u> o'clock <u>AM EST</u>, <u>Rachael L Williot</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 28, 2021</u>          By:   <u>/s/Edsie Lim</u>

                                          Name:  <u>Edsie Lim</u>

                                          Title:  <u>Certified Personal Finance Counselor</u>