IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Rachael L. Williot** | : : : : : : : : : | Bankruptcy No. **21-10635** |
| Debtor | | Chapter **13** |
| | | Related to Document No. |
| **Rachael L. Williot** | | |
| Movant | : : : : : | |
| v. | | |
| No Respondent | : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Lauren M. Lamb 209201**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name

Affirm
PO Box 720
San Francisco CA 94104-0000

American Express
PO Box 981537
El Paso TX 79998-1537

**707 Grant Street**
**Suite 2830**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission