IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE ) <br> ) <br> Rachael L. Williot, ) <br> ) <br> Debtor(s) ) <br> ) <br> ) | Case No. 21-10635 TPA <br> Chapter 13 |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith: Debtor is amending her schedule F to include accounts with Affirm and American Express that were omitted from the initial filing.

\_\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)

\_\_\_\_\_    Summary of Schedules

\_\_\_\_\_    Schedule A - Real Property

\_\_\_\_\_    Schedule B - Personal Property

\_\_\_\_\_    Schedule C - Property Claimed as Exempt

\_\_\_\_\_    Schedule D - Creditors holding Secured
Claims Check one:

          \_\_\_\_\_    Creditor(s) added

          \_\_\_\_\_    NO creditor(s) added

          \_\_\_\_\_    Creditor(s) deleted

\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority
Claims Check one:

          \_\_\_\_\_    Creditor(s) added

          \_\_\_\_\_    NO creditor(s) added

\_\_\_\_\_     Creditor(s) deleted

__X__    Schedule F - Creditors Holding Unsecured Nonpriority Claims Check one:

    __X__    Creditor(s) added

    \_\_\_\_\_    NO creditor(s) added

    \_\_\_\_\_    Creditor(s) deleted

\_\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases Check one:

    \_\_\_\_\_    Creditor(s) added

    \_\_\_\_\_    NO creditor(s) added

    \_\_\_\_\_    Creditor(s) deleted

\_\_\_\_\_    Schedule H - Codebtors

\_\_\_\_\_    Schedule I - Current Income of Individual Debtor(s)

\_\_\_\_\_    Schedule J - Current Expenditures of Individual Debtor(s)

\_\_\_\_\_    Statement of Financial Affairs

\_\_\_\_\_    Chapter 7 Individual Debtor's Statement of Intention

\_\_\_\_\_    Chapter 11 List of Equity Security Holders

\_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor

\_\_\_\_\_    Other

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower

600 Grant Street
Pittsburgh, PA 15219

Affirm
PO Box 720
San Francisco CA 94104-0000

American Express
PO Box 981537
El Paso TX 79998-1537

Date: February 3, 2022                    /s/ Lauren M. Lamb
                                                    Lauren M. Lamb, Esquire
                                                    Attorney for the Debtor(s)

                                                    STEIDL & STEINBERG
                                                    Suite 2830 – Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    llamb@steidl-steinberg.com
                                                    PA I.D. No. 209201

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Rachael L. Williot** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 21-10635 | |

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Affirm** | Last 4 digits of account number _____ | **$914.99** |
| | Nonpriority Creditor's Name | | |
| | PO Box 720 | When was the debt incurred? _____ | |
| | San Francisco, CA 94104 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ Check if this claim is for a  community debt | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify   **Unsecured** | |

Debtor 1  **Rachael L. Williot**  Case number (if known) **21-10635**

| | | |
|---|---|---|
| **4.2** | **American Express** <br> Nonpriority Creditor's Name <br> **PO Box 981537** <br> **El Paso, TX 79998-1537** <br> Number Street City State Zip Code | Last 4 digits of account number _____  **$5,245.83** <br> When was the debt incurred? |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unsecured**

---

| | | |
|---|---|---|
| **4.3** | **Capital One** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** <br> Number Street City State Zip Code | Last 4 digits of account number  **8857**  **$1,360.00** <br> When was the debt incurred?  **Opened 05/15  Last Active 10/13/21** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| | | |
|---|---|---|
| **4.4** | **Chase Card Services** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 15298** <br> **Wilmington, DE 19850** <br> Number Street City State Zip Code | Last 4 digits of account number  **2968**  **$6,135.00** <br> When was the debt incurred?  **Opened 08/18  Last Active 10/13/21** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

| Debtor 1 | Rachael L. Williot | | Case number (if known) | 21-10635 |
|---|---|---|---|---|

### 4.5 Comenity Bank/Victoria Secret

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number **8080**     **$845.00**

When was the debt incurred?  **Opened 03/16  Last Active 10/04/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

### 4.6 Credit One Bank

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

Last 4 digits of account number **9787**     **$1,467.00**

When was the debt incurred?  **Opened 12/19  Last Active 11/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

### 4.7 Credit One Bank

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

Last 4 digits of account number **7540**     **$785.00**

When was the debt incurred?  **Opened 12/18  Last Active 10/04/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

Debtor 1 **Rachael L. Williot**  Case number (if known) **21-10635**

| 4.8 | **First Premier Bank** | Last 4 digits of account number | **6033** | **$1,227.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? **Opened 06/16  Last Active 10/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

| 4.9 | **First Premier Bank** | Last 4 digits of account number | **2967** | **$761.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/18  Last Active 10/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

| 4.10 | **Gs Bank Usa** | Last 4 digits of account number | **0296** | **$706.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170**
Number Street City State Zip Code

When was the debt incurred? **Opened 08/19  Last Active 9/20/21**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

| Debtor 1 | Rachael L. Williot | Case number (if known) | 21-10635 |
|---|---|---|---|

---

**4.1.1**  **OneMain Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**
Number Street City State Zip Code

Last 4 digits of account number **1931** — **$4,576.00**

When was the debt incurred? **Opened 6/06/18 Last Active 10/05/21**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Unsecured**

---

**4.1.2**  **Upgrade, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

Last 4 digits of account number **0215** — **$6,731.00**

When was the debt incurred? **Opened 01/21 Last Active 9/29/21**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Unsecured**

---

**4.1.3**  **Upgrade, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

Last 4 digits of account number **1296** — **$3,443.00**

When was the debt incurred? **Opened 08/21 Last Active 9/30/21**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Unsecured**

| Debtor 1 | Rachael L. Williot | | Case number (if known) | 21-10635 |
|---|---|---|---|---|

| 4.14 | **Upstart** | Last 4 digits of account number | 3281 | $7,144.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Upstart Operations/ Attn:Bankruptcy Po Box 1503 San Carlos, CA 94070**

When was the debt incurred? **Opened 06/21  Last Active 11/03/21**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify  **Unsecured**

| 4.15 | **USDOE/GLELSI** | Last 4 digits of account number | 8581 | $31,460.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Po Box 7860 Madison, WI 53707**

When was the debt incurred? **Opened  8/19/10  Last Active 10/01/21**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt          ■ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ☐ Other. Specify  **Educational**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| Total claims | 6f. | **Student loans** | 6f. | $ 31,460.00 |

| Debtor 1 | Rachael L. Williot | | Case number (if known) | 21-10635 |
|---|---|---|---|---|

| from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 41,340.82 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 72,800.82 |