IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Rachael L. Williot, | ) | Case No. 21-10635 TPA |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 7, 2022, a true and correct copy of the *Amended Schedule F along with the 341 Meeting of Creditors Notice and Order of Court dated February 4, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Affirm
PO Box 720
San Francisco CA 94104-0000

American Express
PO Box 981537
El Paso TX 79998-1537

Date of Service: February 7, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201