IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Rachael L. Williot, ) | Case No. 21-10635-JCM |
| dba The Connelly House ) | Chapter 13 |
| Debtor(s) ) | |
| ) | |
| ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, hereby certify that on October 6, 2023, a true and correct copy of the *Amended Schedule F, 341 Meeting of Creditors Notice* and *October 5, 2023 Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

John Reeher, III
128 West Ridge Avenue
Sharpsville, PA 16150

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Date of Service: October 6, 2023

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201