IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rachael L. Williot, | ) | Bankruptcy No. 21-10635-JCM |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Rachael L. Williot, | ) | Related to: Document No. 51 |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Affirm, American Express, CCAP Auto Lease Ltd., Capital One, JPMorgan Chase Bank N.A., Comenity Bank/Victoria Secret, Credit One Bank, First Premier Bank, Gs Bank USA, John Reeher, III, LVNV Funding, LLC, OneMain Financial, Pennsylvania Department of Revenue, PennyMac Loan Services, LLC, Pink Dogwood 13, LLC, Premier Bankcard, LLC, Quantum3 Group LLC, Santander Consumer, USA, Theodore & Patricia Grzejka, United States Department of Education, USDOE/GLELSI, UpGrade, Inc., UpStart, and Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Consent Order to Approve Post-Petition Automobile Financing [Dkt. No. [51]] filed by Debtor on November 17, 2023. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order* [Dkt. No. [51]] is **GRANTED** as provided by the terms of this *Order*. Debtor is authorized to obtain secured financing for the lease buyout of a 2020 Jeep Cherokee,

or purchase of a similar vehicle, by way of financing through Westlake Financial Services on the following terms:

    a. the total amount of financing **shall not exceed $25,000.00**; and

    b. the monthly payments made under the financing agreement **shall not exceed $500.00** for no more than 72 months at an interest rate not to exceed 21%.

2. To the extent that Debtor secures financing for the purchase of a new vehicle, such payments **shall be made through the Chapter 13 Plan**. Within **30 DAYS** of securing such financing, Debtor shall file:

    a. an amended Chapter 13 Plan or Stipulated Order Modifying Plan; and

    b. a Report of Financing

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the Report of Financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended Plan or approval of the Stipulated Order Modifying Plan.

4. Upon the filing of a Report of Financing by the Debtor, the Chapter 13 Trustee is authorized to cease making payments to Santander Consumer USA Inc. d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. on account ending in 2453. Pending confirmation of the amended Plan or approval of the Stipulated Order Modifying Plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to Westlake Financial Services for the contract amount so long as sufficient supplemental funds are provided by Debtor.

5. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 Plan or Stipulated Order Modifying Plan, the underlying terms of the loan shall not be modified absent the consent of Westlake Financial Services.

6. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Prepared by: Lauren M. Lamb

| | |
|---|---|
| November 17, 2023<br>DATE | /s/ Lauren M. Lamb<br>Lauren M. Lamb, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>Suite 2830, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>llamb@steidl-steinberg.com<br>PA I.D. No. 209201 |
| November 17, 2023<br>DATE | /s/Katherine DeSimone<br>Katherine DeSimone, Esquire<br>Attorney for Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>412-471-5566 |

John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

SIGNED
11/20/23 7:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10635-JCM |
| Rachael L. Williot | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rachael L. Williot, 655 South 9th Street, Sharpsville, PA 16150-1721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Rachael L. Williot julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4