IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Rachael L. Williot, ) | Bankruptcy No. 21-10635-JCM |
|     Debtor ) | Chapter 13 |
| ) | Related to Document No(s). 49-50 |
| Rachael L. Williot, ) | |
|     Movant ) | Hearing Date and Time: |
| ) | December 20, 2023 at 1:30pm |
| vs. ) | |
| ) | |
| Theodore Grzejka, Patricia Grzejka and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee,, ) | |
|     Respondent(s) ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtor's Real Property filed on November 8, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtor's Real Property appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Realtor to Sell Debtor's Real Property were to be filed and served no later than November 27, 2023.

    It is hereby respectfully requested that the Order attached to the Application to Employ Realtor to Sell Debtor's Real Property be entered by the Court.

                                        Respectfully submitted,

November 28, 2023                          /s/Lauren M. Lamb
Date:                                          Lauren M. Lamb, Esquire
                                              Attorney for the Debtor
                                              STEIDL & STEINBERG
                                              2830 Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              PA I. D. No.  209201
                                              llamb@steidl-steinberg.com