IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Rachael L. Williot, | ) | Case No. 21-10635-JCM |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Rachael L. Williot, | ) | Related to Docket No(s). 55 |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Theodore Grzejka, Patricia Grzejka and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     Respondent(s) | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 8, 2023, a true and correct copy of the Order Approving Retention of Realtor/Broker was served by Regular First-Class U.S. Mail, unless otherwise noted, postage prepaid, upon the following persons and parties, unless otherwise noted:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF Mail

Rachael L. Williot - Via email to rlw5228@aol.com

Rocco Fazio - Via email to rocco.fazio@compass.com

Theodore & Patricia Grzejka
2250 Babcock Blvd.
Pittsburgh PA 15237


Date of Service: November 8, 2023        /s/Lauren M. Lamb_____
                                                                  Lauren M. Lamb, Esquire
                                                                   STEIDL & STEINBERG
                                                                   28th Floor-Gulf Tower
                                                                   707 Grant Street
                                                                   Pittsburgh, PA  15219
                                                                   (412) 391-8000
                                                                   PA I. D. No. 209201
                                                                   llamb@steidl-steinberg.com