IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Rachael L. Williot** Debtor | : : : : : : | Bankruptcy No. **21-10635** Chapter **13** Related to Document No. |
| **Rachael L. Williot** Movant v. No Respondent | : : : : : : : : : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Lauren M. Lamb 209201**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding post-petition vehicle financing.

By: **/s/ Lauren M. Lamb**
 Signature
**Lauren M. Lamb 209201**
Typed Name
**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, MI 48034-8316