IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Rachael L. Williot ) | Case No. 21-10635-JCM |
| ) | Chapter 13 |
| Debtor ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: <u>Debtor to provide for post-petition vehicle financing.</u>

☐ a motion to lift stay
as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated    <u>November 9, 2021</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Debtor's Plan payments shall be changed from $ <u>1,952.00</u> to
$ <u>1,875.00</u> per month, effective <u>January, 2024</u> ; and/or the Plan term

    shall be changed from  months to  months.    .

☐  In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor shall file and serve  on or before  .

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as  may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐  Other: <u>Credit Acceptance shall be paid $238.07 per month beginning January, 2024 as a long-term continuing debt due to the post-petition vehicle purchase. Trustee is authorized to pay the remaining balance of lease payments due Santander Consumer USA Inc. (Claim No. 1). Debtor's counsel shall be paid an additional $1,000.00 in attorney fees, subject to approval via fee application, for a total of $5,400.00 in attorney fees to be distributed by the Chapter 13 Trustee. The additional attorney fees shall not reduce the amount to be distributed to general, unsecured creditors.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ____ day of _____, 202_

Dated: _____          _____
                                                                          John C. Melaragno
                                                                          United States Bankruptcy Judge

| Stipulated by: | Stipulated by: |
|---|---|
| /s/Lauren M. Lamb | /s/James Warmbrod |
| Counsel to Debtor | Counsel to Chapter 13 Trustee |
| Lauren M. Lamb, Esquire | |
| STEIDL & STEINBERG | |
| 28th Floor-Gulf Tower | |
| 707 Grant Street | |
| Pittsburgh, PA  15219 | |
| (412) 391-8000 | |
| PA I. D. No. 209201 | |
| llamb@steidl-steinberg.com | |

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk