IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rachael L. Williot | ) | Case No. 21-10635-JCM |
| | ) | Chapter 13 |
| Debtor | ) | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:   <u>Debtor to provide for post-petition vehicle financing.</u>

☐    a motion to lift stay
as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated    <u>November 9, 2021</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐    Debtor's Plan payments shall be changed from $  <u>1,952.00</u>   to
$  <u>1,875.00</u>   per month, effective   <u>January, 2024</u>  ; and/or the Plan term

  shall be changed from  months to  months.  .

☐  In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor shall file and serve  on or before  .

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as  may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐  Other: <u>Credit Acceptance shall be paid $238.07 per month beginning January, 2024 as a long-term continuing debt due to the post-petition vehicle purchase. Trustee is authorized to pay the remaining balance of lease payments due Santander Consumer USA Inc. (Claim No. 1). Debtor's counsel shall be paid an additional $1,000.00 in attorney fees, subject to approval via fee application, for a total of $5,400.00 in attorney fees to be distributed by the Chapter 13 Trustee. The additional attorney fees shall not reduce the amount to be distributed to general, unsecured creditors.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  8th   day of     January         , 2024

                                                   _____
                                                   John C. Melaragno
                                                   United States Bankruptcy Judge

SIGNED
1/8/24 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                    Stipulated by:

/s/Lauren M. Lamb                                 /s/James Warmbrod
Counsel to Debtor                                 Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-10635-JCM
Rachael L. Williot  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jan 08, 2024      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachael L. Williot, 655 South 9th Street, Sharpsville, PA 16150-1721 |
| r | + | Rocco Fazio, Compass Pennsylvania, LLC, 1134 Thorn Run Road, Moon Township, PA 15108-3181 |
| 15644147 | | John Reeher, III, 128 West Ridge Avenue, Sharpsville, PA 16150 |
| 15432345 | + | Theodore & Patricia Grzejka, 2250 Babcock Blvd., Pittsburgh, PA 15237-3218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15451236 | + | Email/Text: backoffice@affirm.com | Jan 09 2024 00:01:00 | Affirm, PO Box 720, San Francisco CA 94104-0720 |
| 15451237 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2024 00:09:44 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 15456908 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2024 00:09:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15435589 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2024 00:01:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15672185 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 09 2024 00:00:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield, MI 48034 |
| 15432334 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2024 00:09:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15439429 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2024 00:09:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15432336 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2024 00:01:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15432337 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2024 00:09:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15432339 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 09 2024 00:09:39 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15432341 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 09 2024 00:00:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15432335 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 00:09:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15438028 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 09 2024 00:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15447030 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-10635-JCM    Doc 62    Filed 01/10/24    Entered 01/11/24 00:29:16    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 09 2024 00:09:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15432342 | + | Email/PDF: cbp@omf.com | Jan 09 2024 00:09:42 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15432343 | + | Email/PDF: ebnotices@pnmac.com | Jan 09 2024 00:09:48 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15442089 | + | Email/PDF: ebnotices@pnmac.com | Jan 09 2024 00:09:48 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15441515 | ^ | MEBN | Jan 08 2024 23:54:45 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15446750 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 09 2024 00:01:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15447381 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2024 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15432344 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2024 00:01:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15435633 | | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2024 00:01:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15432346 | | Email/Text: bknotice@upgrade.com | Jan 09 2024 00:00:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15432349 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2024 00:01:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15432348 | + | Email/Text: LCI@upstart.com | Jan 09 2024 00:00:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES |
| 15432338 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15432340 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15432347 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024    Signature:    /s/Gustava Winters

Case 21-10635-JCM    Doc 62    Filed 01/10/24    Entered 01/11/24 00:29:16    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 08, 2024 | Form ID: pdf900 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Rachael L. Williot julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4