IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Rachael L. Williot, ) | Case No. 21-10635-JCM |
|     Debtor ) | Chapter 13 |
| ) | Related to Docket No. 72 |
| Ronda J. Winnecour, Trustee, ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Rachael L. Williot, ) | |
|     Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this ___6th___ day of ___December___ 2024, it is hereby ORDERED, ADJUDGED, and DECREED that the Amended Chapter 13 Plan Dated 12/03/2024 with Notice of Proposed Modification to Plan is hereby withdrawn and the Conciliation Conference scheduled for January 9, 2025 at 9:30am is canceled.

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/6/24 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 21-10635-JCM
Rachael L. Williot  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Dec 06, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rachael L. Williot, 655 South 9th Street, Sharpsville, PA 16150-1721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Rachael L. Williot julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 06, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 5