**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RACHAEL L. WILLIOT | Case No.:21-10635 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/18/2021 and confirmed on 01/26/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,699.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,699.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,379.71 | |
|    Trustee Fee | 2,353.66 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,733.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 25,352.16 | 0.00 | 25,352.16 |
|     Acct: 4467 | | | | |
|   THEODORE AND PATRICIA GREZJKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENNYMAC LOAN SERVICES LLC | 806.92 | 806.92 | 0.00 | 806.92 |
|     Acct: 4467 | | | | |
| | | | | 26,159.08 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RACHAEL L. WILLIOT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 4,400.00 | 4,379.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTANDER CONSUMER USA INC DBA C | 13,117.53 | 13,117.53 | 0.00 | 13,117.53 |
|     Acct: 2453 | | | | |

| 21-10635 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 2,203.25 | 0.00 | 2,203.25 |
| Acct: 0440 | | | | |
| | | | | 15,320.78 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,437.34 | 56.12 | 0.00 | 56.12 |
| Acct: 8857 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,355.90 | 248.15 | 0.00 | 248.15 |
| Acct: 2968 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 898.43 | 35.07 | 0.00 | 35.07 |
| Acct: 8080 | | | | |
| LVNV FUNDING LLC | 1,467.88 | 57.31 | 0.00 | 57.31 |
| Acct: 9787 | | | | |
| LVNV FUNDING LLC | 785.72 | 30.68 | 0.00 | 30.68 |
| Acct: 7540 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,315.28 | 51.35 | 0.00 | 51.35 |
| Acct: 6033 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2967 | | | | |
| GS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0296 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 4,354.05 | 170.00 | 0.00 | 170.00 |
| Acct: 1931 | | | | |
| PINK DOGWOOD 13 LLC | 7,066.74 | 275.91 | 0.00 | 275.91 |
| Acct: 0215 | | | | |
| PINK DOGWOOD 13 LLC | 3,485.04 | 136.06 | 0.00 | 136.06 |
| Acct: 1296 | | | | |
| UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3281 | | | | |
| US DEPARTMENT OF EDUCATION | 31,460.10 | 1,228.31 | 0.00 | 1,228.31 |
| Acct: 9088 | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 5,040.95 | 196.81 | 0.00 | 196.81 |
| Acct: 1006 | | | | |
| JOHN REEHER III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,485.77 |

TOTAL PAID TO CREDITORS                                                                                      43,965.63

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 13,117.53 |
| SECURED | 806.92 |
| UNSECURED | 63.667.43 |

Date: 01/08/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com